IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

MICHAEL DEWAINE BOMAN                                                                  PLAINTIFF

v.                                      Case No. 6:24-cv-06097

WARDEN WALT WHITE;
MAJOR FREDDIE OTTS; and
CHIEF DEPUTY JOHN DOE                                                                DEFENDANTS

# ORDER

Before the Court is a Report and Recommendation filed November 15, 2024, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 10).  Judge Bryant recommends that Plaintiff's Complaint (ECF No. 1) be dismissed without prejudice.

Plaintiff has not responded to the Report and Recommendation, and the time to do so has passed.  *See* 28 U.S.C. § 636(b)(1).  Upon review, finding no clear error on the face of the record and that Judge Bryant's reasoning is sound, the Court adopts the Report and Recommendation (ECF No. 10) *in toto*.  Accordingly, Plaintiff's Complaint (ECF No. 1) is hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 10th day of January, 2025.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge